**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

MARK BITTS,

        *Plaintiff,*

        vs.

MIDLAND FUNDING, LLC,

        *Defendant.*

CIVIL DIVISION

**ELECTRONICALLY FILED**

Case No. AR-20-_____  _____

**COMPLAINT IN CIVIL ACTION**

Filed on Behalf of Plaintiff:
Mark Bitts

Counsel of Record for this Party:

**THE LAW FIRM OF FENTERS WARD**

Joshua P. Ward
Pa. I.D. No. 320347

Brian J. Fenters
Pa. I.D. No. 320202

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:    (412) 545-3015
Fax No.:      (412) 540-3399
E-mail:       JWard@FentersWard.com



## NOTICE TO DEFEND

**YOU HAVE BEEN SUED IN COURT.** If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. If you do not have a lawyer, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. IF YOU CANNOT AFFORD TO HIRE A LAWYER, this office may be able to provide you with information about agencies that may offer legal service to eligible persons at a reduced fee or no fee:

LAWYER REFERRAL SERVICE<br>
11TH FLOOR KOPPERS BUILDING,<br>
436 SEVENTH AVENUE<br>
PITTSBURGH, PENNSYLVANIA 15219<br>
TELEPHONE: (412) 261-5555

**HEARING NOTICE YOU HAVE BEEN SUED IN COURT.** The above Notice to Defend explains what you must do to dispute the claims made against you. If you file the written response referred to in the Notice to Defend, a hearing before a board of arbitrators will take place in the Compulsory Arbitration Center. Report to the Arbitration Assembly Room, Courtroom Two, Seventh Floor City-County Building, 414 Grant Street, Pittsburgh, Pennsylvania 15219, on _____, 2020, at 9:00 A.M.

IF YOU FAIL TO FILE THE RESPONSE DESCRIBED IN THE NOTICE TO DEFEND, A JUDGMENT FOR THE AMOUNT CLAIMED IN THE COMPLAINT MAY BE ENTERED AGAINST YOU BEFORE THE HEARING. DUTY TO APPEAR AT ARBITRATION HEARING If one or more of the parties is not present at the hearing, THE MATTER MAY BE HEARD AT THE SAME TIME AND DATE BEFORE A JUDGE OF THE COURT WITHOUT THE ABSENT PARTY OR PARTIES. THERE IS NO RIGHT TO A TRIAL DE NOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE.

NOTICE: You must respond to this complaint within twenty (20) days or a judgment for the amount claimed may be entered against you before the hearing. If one or more of the parties is not present at the hearing, the matter may be heard immediately before a judge without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered by a judge.

1

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

MARK BITTS,                                    CIVIL DIVISION

       *Plaintiff,*                          **ELECTRONICALLY FILED**

       vs.                                    Case No. AR-20-_____

MIDLAND FUNDING, LLC,

       *Defendant.*

## COMPLAINT

AND NOW, comes Plaintiff, Mark Bitts, by and through the undersigned counsel, The Law Firm of Fenters Ward and, specifically, Joshua P. Ward, Esquire, who files the within Complaint in Action against Defendant, Midland Funding, LLC, of which the following is a statement:

## PARTIES

1.     Plaintiff, Mark Bitts (hereinafter "Mark Bitts"), is an adult individual who currently resides at 4006 Birch Lane, Aliquippa, Pennsylvania 15001.

2.     Defendant, Midland Funding, LLC, (hereinafter "Midland Funding"), is a corporation with its principal place of business located at 350 Camino De La Reina, San Diego, California 92108.

## JURISDICTION AND VENUE

3.     Jurisdiction is proper as Plaintiff brings this lawsuit under the Fair Debt Collection Practices Act, 15 U.S.C.A. § 1692, *et seq.* (hereinafter, the "FDCPA").

4.      Venue is proper pursuant to Pa.R.C.P. 2179(a)(2) because Defendant regularly conducts business in Allegheny County, Pennsylvania, and because Defendant is subject to general jurisdiction of Allegheny County, Pennsylvania.

## PROCEDURAL HISTORY AND FACTUAL ALLEGATIONS

5.      On December 10, 2018, Midland Funding, filed a Civil Complaint against Mark Bitts in Magisterial District Court at Docket Number: MJ-36303-CV-0000271-2018. A true and correct copy of the Docket is attached hereto, made a part hereof, and marked as Exhibit "A".

6.      In response to the aforesaid lawsuit, Mark Bitts engaged The Law Firm of Fenters Ward for representation.

7.      On January 8, 2019, The Law Firm of Fenters Ward served Midland Funding with a letter, (hereinafter, the "First Dispute Letter") wherein Midland Funding was informed of the disputed nature regarding the alleged debt and that Mark Bitts was represented by counsel. A true and correct copy of the First Dispute Letter is attached hereto, made a part hereof, and marked as Exhibit "B".

8.      Furthermore, Midland Funding was directed to cease and desist from contacting Mark Bitts directly. See Exhibit "B".

9.      On January 8, 2019, The Law Firm of Fenters Ward filed an Entry of Appearance and an Intent to Defend on Mark Bitts's behalf. True and correct copies of the Entry of Appearance and Notice of Intent to Defend are attached hereto, made a part hereof, and marked as Exhibit "C".

10.     On January 15, 2019, a Civil Action Hearing was held before the Honorable Joseph Schafer, Magisterial District Judge. See Exhibit "A".

3

11.     On January 15, 2019, at the conclusion of the Civil Action hearing, Judge Joseph Schafer granted a JUDGMENT FOR DEFENDANT in favor of Mark Bitts and against Midland Funding. A true and correct copy of the Notice of Judgment is attached hereto, made a part hereof, and marked as Exhibit "D".

12.     On January 30, 2019, Midland Funding caused false and inaccurate information about Mark Bitts to be furnished to Equifax as Midland Funding reported the trade line associated with the alleged and extinguished debt as "Status - Collection Account[.]" A true and correct copy of the trade line is attached hereto, made a part hereof, and marked as Exhibit "E".

13.     The identification of the trade lines associated with the alleged and extinguished debt in the abovementioned fashion controverted the disputed nature of the trade line associated with the alleged debt.

14.     Therefore, Midland Funding falsely represented the character and legal status of the alleged and extinguished debt in violation of § 1692e(2)(a).

15.     Furthermore, upon falsely and inaccurately reporting the trade line associated with the alleged and later extinguished debt, Midland Funding communicated credit information which is known or which should be known to be false in violation of 15 U.S.C.A. § 1692e(8).

16.     As Midland Funding failed to report the disputed nature of the trade line associated with the alleged and extinguished debt and thus communicated false information in violation of 15 U.S.C.A. § 1692e(8).

17.     On January 30, 2019, Midland Funding caused false and inaccurate information about Mark Bitts to be furnished to Equifax as Midland Funding failed to remove the trade line pertaining to the alleged debt: a violation of FDCPA 15 U.S.C.A. § 1692e(8).

4

18.    On February 15, 2019, Midland Funding's appeal period expired, making Judge Joseph Schafer's judgment a final judgment: rendering the alleged debt extinguished and unenforceable.

**COUNT I**
**VIOLATION OF THE FDCPA, 15 U.S.C.A. § 1692, et seq.**

19.    Plaintiff incorporates the allegations contained in the paragraphs, above, as if fully set forth at length herein.

20.    There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy. 15 U.S.C.A. 1692(a).

21.    The purpose of the FDCPA is to "eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C.A. § 1692(e).

22.    Mark Bitts is a "consumer" as defined by § 1692a(3) of the FDCPA.

23.    Midland Funding is a "debt collector" as defined by § 1692a(6) of the FDCPA.

24.    The Third Circuit has held that the FDCPA is to be enforced by private attorney generals. *Weiss v. Regal Collections*, 385 F.3d 337, 345 (3d. Cir. 2004).

25.    Section 1692e of the FDCPA provides:

> A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (2) The false representation of – (A) the character, amount, or legal status of any debt; (8) Communicating or threatening to communicate to any person credit information which is

5

known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

15 U.S.C.A. § 1692e

26.    On January 8, 2019, The Law Firm of Fenters Ward served Midland Funding with the First Dispute Letter notifying Midland Funding that any alleged debts were disputed in nature. See Exhibit "B".

27.    On January 30, 2019, Midland Funding reported to Equifax that the trade line associated with the alleged and extinguished debt was a "Status - Collection Account[.]" See Exhibit "E".

28.    Midland Funding's identification of the trade line associated with the alleged and disputed debt as a "Status - Collection Account" controverted the disputed nature of the alleged debt. See Exhibit "E".

29.    Therefore, Midland Funding communicated credit information which was known or should have been known to be false by the furnisher: a violation of 15 U.S.C.A. § 1692e(8) of the FDCPA.

30.    Furthermore, Midland Funding failed to report the disputed status of the alleged debt and thereby falsely represented the legal status of the alleged debt in violation of 15 U.S.C.A. § 1692e(2)(a).

31.    On January 30, 2019, Midland Funding caused false and inaccurate information about Mark Bitts to be furnished to Equifax as Midland Funding failed to remove the trade line pertaining to the alleged, disputed, and extinguished debt: a violation of FDCPA 15 U.S.C.A. § 1692e(8).

32.    Section 1692d of the FDCPA provides, in relevant part: "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt."

33.    Here, the only natural consequence of Midland Funding's acts of communicating credit information which was known to be false was to harass, oppress, and abuse Mark Bitts.

34.    As such, Midland Funding's conduct, as set forth above, violated 15 U.S.C.A § 1692d of the FDCPA.

35.    Section 1692k(a) of the FDCPA provides, in relevant part:

> ...any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of – (1) any actual damages sustained by such person as the result of such failure; (2)(A) in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; and (3) in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court."

15 U.S.C.A. § 1692k(a).

36.    As a direct and proximate result of Midland Funding's violations of the FDCPA, as set forth above, Mark Bitts has suffered annoyance, anxiety, embarrassment, emotional distress, and severe inconvenience.

WHEREFORE, Plaintiff, Mark Bitts, respectfully requests that this Honorable Court enter judgment in their favor and against Defendant, Midland Funding, LLC, and enter an award of monetary damages as described herein, not in excess of arbitration limits, including an award for actual damages, statutory damages pursuant to 15 U.S.C.A. §1692k(a), costs and attorney's fees pursuant to 15 U.S.C.A. § 1692k(a), and such other and further relief as this Honorable Court deems just and proper.

**JURY TRIAL DEMANDED UPON APPEAL OR REMOVAL.**

Respectfully submitted,

THE LAW FIRM OF FENTERS WARD

Date: December 10, 2019

By:

Joshua P. Ward (Pa. I.D. No. 320347)
Brian J. Fenters (Pa. I.D. No. 320202)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

# EXHIBIT A

# Magisterial District Judge 36-3-03

## DOCKET

Docket Number: MJ-36303-CV-0000271-2018

**Civil Docket**



MIDLAND FUNDING LLC
v.
Mark Bitts

Page 1 of 2

## CASE INFORMATION

| | | | |
|---|---|---|---|
| Judge Assigned: | Magisterial District Judge Joseph Schafer | File Date: | 12/10/2018 |
| Claim Amount: | $792.90 | Case Status: | Closed |
| Judgment Amount: | | County: | Beaver |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Civil Action Hearing | 01/15/2019 | 10:00 am | | Magisterial District Judge Joseph Schafer | Scheduled |

## CASE PARTICIPANTS

| Participant Type | Participant Name | Address |
|---|---|---|
| Defendant | Bitts, Mark | Aliquippa, PA 15001 |
| Plaintiff | MIDLAND FUNDING LLC | Philadelphia, PA 19113 |

## DISPOSITION SUMMARY

| Docket Number | Plaintiff | Defendant | Disposition | Disposition Date |
|---|---|---|---|---|
| MJ-36303-CV-0000271-2018 | MIDLAND FUNDING LLC | Mark Bitts | Judgment for Defendant | 01/15/2019 |

## ATTORNEY INFORMATION

**Complainant's Attorney**

Name: Daniel Santucci, Esq.

Representing: MIDLAND FUNDING LLC

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 092800

Phone No.: 866-300-8750

Address: Midland Funding LLC
1 International Plaza 5th Floor
Philadelphia, PA 19113-1510

Entry of Appearance Filed Dt: 12/10/2018

Withdrawal of Entry of Appearance Filed Dt:

**Private**

Name: Brian J Fenters, Esq.

Representing: Bitts, Mark

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 320202

Phone No.: 412-545-3016

**Complainant's Attorney**

Name: William Charles Cahill, Esq.

Representing: MIDLAND FUNDING LLC

Counsel Status: Active - Entry of Appearance

Supreme Court No.: 314550

Phone No.: 866-300-8750

Address: Midland Funding LLC
1 International Plaza 5th Floor
Philadelphia, PA 19113

Entry of Appearance Filed Dt: 12/10/2018

Withdrawal of Entry of Appearance Filed Dt:

Address: 201 S Highland Ave
Ste 201
Pittsburgh, PA 15206

Entry of Appearance Filed Dt: 01/08/2019

Withdrawal of Entry of Appearance Filed Dt:

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# Magisterial District Judge 36-3-03

## DOCKET

Docket Number: MJ-36303-CV-0000271-2018

### Civil Docket



MIDLAND FUNDING LLC

v.

Mark Bitts

Page 2 of 2

## DOCKET ENTRY INFORMATION

| Filed Date | Entry | Filer | Applies To |
|---|---|---|---|
| 01/15/2019 | Judgment for Defendant | Magisterial District Court 36-3-03 | Mark Bitts, Defendant |
| 01/08/2019 | Entry of Appearance Filed | Brian J Fenters, Esq. | Mark Bitts, Defendant |
| 01/08/2019 | Intent to Defend Filed | Mark Bitts | Mark Bitts, Defendant |
| 12/10/2018 | Entry of Appearance Filed | Daniel Santucci, Esq. | MIDLAND FUNDING LLC, Plaintiff |
| 12/10/2018 | Civil Complaint Filed | MIDLAND FUNDING LLC | |

MDJS 1200                                  Page 2 of 2                              Printed: 11/26/2019  10:02 am

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets . Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data , errors or omissions on these docket sheets.  You should verify that the information is accurate and current by personally consulting the official record reposing in the court wherein the record is maintained.

# EXHIBIT B



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399    FAX

January 8, 2019

Midland Funding LLC,
c/o Daniel Joseph Santucci, Esq.
1 International Plaza 5th FL
Philadelphia, PA 19113

**Sent via U.S. Mail**

Re:    Our Client:        Mark Bitts
       Docket Number:     MJ-36303-CV-0000271-2018
       Account #'s:       xxx

To Whom It May Concern:

Please accept this letter as confirmation of my representation of **Mark Bitts** with a current address of **4006 Birch Ln, Aliquippa, PA 15001**. My representation of the above-mentioned client includes any related debt(s) and/or credit account(s) your company claims to have, sold, purchased and/or assigned from yourself, another creditor, debt buyer or other entity as of the date of this letter (the "Debts"). Please cease and desist any further communications with my client as it relates to the collection of Debts.

According to my client, your company has been reporting the above-referenced accounts to collection and/or credit agencies. My client denies owing **Midland Funding LLC** any amount of money and demands proof of liability, accounting and ownership of these alleged accounts. The proof shall include any agreements and any amendments thereto, any other written or signed documents agreed to by my client, as well as, a complete history of billing statements reflecting how you calculated the current amount claimed, owed, reported to the collection and/or credit agencies and complete copies of any assignment documentation evidencing your ownership rights to the specific accounts.

Pursuant to the Consumer Financial Protection Act (**CFPA**) 12 U.S.C. 5533(a) and the Fair Debt Collection Practices Act (**FDCPA**) 15 U.S.C. § 1692 et seq. we request that you provide additional documents related to the Debt you claim is owed by our client:

1. the original account-level documentation reflecting all purchases, payments, or other actual uses of the account;

2. a document signed by our client evidencing the opening of the account forming the basis for the debt;

3. the name of the creditor at the time of charge-off, including the name under which the creditor did business with our client;

4.  the last four digits of the account number associated with the debt at the time our client's last monthly account statement, or, if not available, at the time of charge-off; the charge-off balance;

5.  ***Midland Funding*** method of calculating any amount claimed in excess of the charge-off balance;

6.  a copy of the statement where ***Midland Funding*** offered to provide our client (within 30 days of a written request) with copies of a document signed by our client evidencing the opening of the account forming the basis for the debt; and the original account-level documentation reflecting a purchase, payment, or other actual use of the account.

Please be advised that at all times relative hereto, we are disputing this debt under the FDCPA, FCRA, FCEUA and/or the UTPCPL. **AS SUCH YOU MUST 1) NOTIFY ANY CRAs YOU HAVE FURNISHED INFORMATION TO THAT THIS TRADE LINE IS DISPUTED; 2) YOU MUST CEASE ALL COLLECTION ATTEMPTS AND DELETE THE TRADE LINE UPON FINAL DISMISSAL OF THE DEBT COLLECTION LAWSUIT IF JUDGMENT IS RENDERED IN FAVOR OF DEFENDANT.** You may direct the requested proof to my office at the address listed above. **YOU HAVE THIRTY (30) DAYS TO PROVIDE THE REQUESTED PROOFS.** All future correspondence or contact shall be directed to my office until my office provides written confirmation of termination of legal representation, if such termination should ever occur. **YOU MUST PROVIDE THIS NOTICE TO ANY ASSIGNEE, TRANSFEREE OR SUBSEQUENT OWNER OF THIS OR ANY DEBT. IF YOU FAIL IN ANY OF THESE REGARDS, YOU WILL BE SUBJECT TO LIABILITY UNDER FEDERAL AND STATE CONSUMER PROTECTION LAWS.**

Very Truly Yours,

*/s/ Joshua P. Ward, Esq.*

Joshua P. Ward, Esq.
Direct Dial: (412) 545-3015
Email: jward@fentersward.com

JPW/slk
cc:  Mark Bitts

# Firm Mailing Book For Accountable Mail

**UNITED STATES POSTAL SERVICE**

Name and Address of Sender

**Check type of mail or service**

- Adult Signature Required — Priority Mail Express
- Adult Signature Restricted Delivery — Registered Mail
- Certified Mail — Return Receipt for Merchandise
- Certified Mail Restricted Delivery — Signature Confirmation
- Collect on Delivery (COD) — Signature Confirmation Restricted Delivery
- Insured Mail
- Priority Mail

Affix Stamp Here
(for additional copies of this receipt.
Postmark with Date of Receipt.

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4. | | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | | |

Adult Signature Required
Adult Signature Restricted Delivery
Restricted Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9096

**Complete in Ink**

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacy/policy.

# EXHIBIT C

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF  Beaver



**ENTRY OF APPEARANCE
PURSUANT TO PARCPMDJ
207.1(A)**

Mag. Dist. No: 36-3-03
MDJ Name: Honorable Joseph Schafer
Address:  226 Center Grange Road (Front)
Aliquippa, PA 15001
Telephone: (724) 775-1714

Midland Funding LLC
v.

Mark Bitts

Docket No:  CV-271-2018
Case Filed:  12/10/18

**TO THE MAGISTERIAL DISTRICT COURT:**
Please enter my appearance on behalf of   defendant Mark Bitts
In the above captioned matter.

Attorney Name:   Brian J Fenters

Supreme Court of Pennsylvania Attorney Identification Number:   320202

Firm Name:   The Law Firm of Fenters Ward

Address:   201 South Highland Ave., Suite 201

City, ST, Zip:  Pittsburgh, PA   15206

Telephone Number:   (412) 545-3016

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

/s/ Brian J Fenters

**Signature of Applicant**

01/08/19

**Date**

FREE INTERPRETER
www.pacourts.us/language-rights



THE LAW FIRM OF
# FENTERS WARD
A I M   T O   W I N

201 SOUTH HIGHLAND AVE., SUITE 201
PITTSBURGH, PA 15206

BRIAN FENTERS, ESQ.
JOSHUA WARD, ESQ.

MANAGING PARTNERS

412-545-3016 OFFICE
412-540-3399    FAX

January 8, 2019

Magisterial District Number: 36-3-03

Honorable Joseph Schafer

226 Center Grange Rd (Front)

Aliquippa, PA 15001

Phone: 724-775-1714

**Sent via:** Fax 724-775-4254

**RE:**    **CV-271-2018. Midland Funding LLC v Mark Bitts**

### INTENT TO DEFEND NOTICE:

DEFENDANT INTENDS TO ENTER A DEFENSE. PLEASE CONSIDER THIS NOTICE PER Pa. R. Civ. P. MAG DIST J RULE 305(4)(a).

PLEASE NOTIFY THE PLAINTIFF THAT DEFENDANT HAS ENTERED NOTICE TO DEFEND PER Pa. R. Civ. P. MAG DIST J RULE 318.

ALSO, PLEASE UPDATE THE DOCKECT TO SHOW THAT DEFENDANT INTENDS TO DEFEND AS WELL AS OUR ENTRY OF APPEARANCE.

Sincerely,

*/s/ Brian Fenters*

Brian J. Fenters, Esq.
bfenters@fentersward.com
PA Bar# 320202
412-545-3016

BF/slk
CC: Mark Bitts

# EXHIBIT D

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BEAVER



**NOTICE OF JUDGMENT/TRANSCRIPT**
**CIVIL CASE**

| Mag. Dist. No: | MDJ-36-3-03 |
| --- | --- |
| MDJ Name: | Honorable Joseph Schafer |
| Address: | 226 Center Grange Road, Front |
| | Aliquippa, PA 15001 |
| Telephone: | 724-775-1714 |

MIDLAND FUNDING, LLC
v.
Mark T. Bitts

Brian J Fenters, Esq.
The Law Firm of Fenters Ward
201 South Highland Ave., Suite 201
Pittsburgh, PA 15206

Docket No:   MJ-36303-CV-0000031-2019
Case Filed:   2/4/2019

**Disposition Details**

**Disposition Summary** (cc- Cross Complaint)

| Docket No | Plaintiff | Defendant | Disposition | Disposition Date |
| --- | --- | --- | --- | --- |
| MJ-36303-CV-0000031-2019 | MIDLAND FUNDING, LLC | Mark T. Bitts | Judgment for Defendant | 05/02/2019 |

Comments:

    ANY PARTY HAS THE RIGHT TO APPEAL WITHIN 30 DAYS AFTER THE ENTRY OF JUDGMENT BY FILING A NOTICE OF APPEAL WITH THE PROTHONOTARY/CLERK OF COURT OF COMMON PLEAS, CIVIL DIVISION.   YOU MUST INCLUDE A COPY OF THIS NOTICE OF JUDGMENT/TRANSCRIPT FORM WITH YOUR NOTICE OF APPEAL.

    EXCEPT AS OTHERWISE PROVIDED IN THE RULES OF CIVIL PROCEDURE FOR MAGISTERIAL DISTRICT JUDGES, IF THE JUDGMENT HOLDER ELECTS TO ENTER THE JUDGMENT IN THE COURT OF COMMON PLEAS, ALL FURTHER PROCESS MUST COME FROM THE COURT OF COMMON PLEAS AND NO FURTHER PROCESS MAY BE ISSUED BY THE MAGISTERIAL DISTRICT JUDGE.

    UNLESS THE JUDGMENT IS ENTERED IN THE COURT OF COMMON PLEAS, ANYONE INTERESTED IN THE JUDGMENT MAY FILE A REQUEST FOR ENTRY OF SATISFACTION WITH THE MAGISTERIAL DISTRICT JUDGE IF THE JUDGMENT DEBTOR PAYS IN FULL, SETTLES, OR OTHERWISE COMPLIES WITH THE JUDGMENT.

5-2
_____        _____
Date                              Magisterial District Judge Joseph Schafer

I certify that this is a true and correct copy of the record of the proceedings containing the judgment.

_____        _____
Date                              Magisterial District Judge



FREE INTERPRETER
www.pacourts.us/language-rights
724-770-4666

## VERIFICATION

I, JOSHUA P. WARD, ESQ., have read the foregoing COMPLAINT and verify that the statements therein are correct to the best of my personal knowledge, information, and/or belief. I have gained this information from discussions with Plaintiff. This verification is made on behalf of Plaintiff. Plaintiff will produce their verification if/when there is an objection by Defendant or upon directive from the court.

I understand that this verification is made subject to the penalties of 18 Pa. C.S.A. 4904 relating to unsworn falsification to authorities, which provides that if I knowingly make false averments, I may be subject to criminal penalties.

Respectfully submitted,

THE LAW FIRM OF FENTERS WARD

Date: December 10, 2019

By: _____
Joshua P. Ward (Pa. I.D. No. 320347)
Brian J. Fenters (Pa. I.D. No. 320202)

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Counsel for Plaintiff

# CONFIDENTIAL
# DOCUMENT FORM



*Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*
204 Pa. Code § 213.81
www.pacourts.us/public-records

MARK BITTS
_____
(Party name as displayed in case caption)                    Docket/Case No. _____

Vs.

MIDLAND FUNDING, LLC                                        COMMON PLEAS ALLEGHENY
_____                                    _____
(Party name as displayed in case caption)                    Court

This form is associated with the pleading titled COMPLAINT _____, dated _____, _____.

Pursuant to the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Document Form shall accompany a filing where a confidential document is required by law, ordered by the court, or is otherwise necessary to effect the disposition of a matter. This form shall be accessible to the public, however the documents attached shall not be publicly accessible, except as ordered by a court. The documents attached will be available to the parties, counsel of record, the court, and the custodian. **Please only attach documents necessary for the purposes of this case.** Complete the entire form and check all that apply. This form and any additional pages must be served on all unrepresented parties and counsel of record.

| Type of Confidential Document | Paragraph, page, etc. where the confidential document is referenced in the filing: |
|---|---|
| ☒ Financial Source Documents | |
| ☐ Tax Returns and schedules | |
| ☐ W-2 forms and schedules including 1099 forms or similar documents | |
| ☐ Wage stubs, earning statements, or other similar documents | |
| ☒ Credit card statements | EXHIBIT E |
| ☐ Financial institution statements (e.g., investment/bank statements) | |
| ☐ Check registers | |
| ☐ Checks or equivalent | |
| ☐ Loan application documents | |
| ☐ Minors' educational records | |
| ☐ Medical/Psychological records | |
| ☐ Children and Youth Services' records | |
| ☐ Marital Property Inventory and Pre-Trial Statement as provided in Pa.R.C.P. No. 1920.33 | |
| ☐ Income and Expense Statement as provided in Pa.R.C.P. No. 1910.27(c) | |
| ☐ Agreements between the parties as used in 23 Pa.C.S. §3105 | |

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

_____                    12/27/2019
Signature of Attorney or Unrepresented Party          Date

Name: Joshua P. Ward, Esquire

Address: 201 South Highland Avenue, Suite 201          Attorney Number: (if applicable) 320347

Pittsburgh, Pennsylvania 15206                          Telephone: (412) 545-3016

                                                        Email: JWard@FentersWard.com

Rev. 7/2018

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARK BITTS,                                    CIVIL DIVISION

     *Plaintiff,*                             **ELECTRONICALLY FILED**

     vs.                                     Case No.: AR-19-006326

MIDLAND FUNDING,

     *Defendant.*                            **PROOF OF SERVICE OF
                                               COMPLAINT**


Filed on Behalf of Plaintiff:
Mark Bitts

Counsel of Record for This Party:

THE LAW FIRM OF FENTERS WARD

Brian J. Fenters
Pa. I.D. No. 320202

Joshua P. Ward
Pa. I.D. No. 320347

The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206

Telephone:   (412) 545-3015
Fax:          (412) 540-3399
E-mail:       JWard@FentersWard.com

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

MARK BITTS,                                                CIVIL DIVISION

        *Plaintiff,*                            **ELECTRONICALLY FILED**

        vs.                                    Case No.: AR-19-006326

MIDLAND FUNDING,

        *Defendant.*


### <u>PROOF OF SERVICE OF COMPLAINT</u>

COMMONWEALTH OF PENNSYLVANIA    :
                                    :    §§
COUNTY OF ALLEGHENY                 :

### <u>AFFIDAVIT</u>

    I, Joshua P. Ward, Esquire, of The Law Firm of Fenters Ward, hereby swear and affirm that on January 6, 2020, I served a true and correct copy of the Complaint, by way of U.S. Certified Mail, Electronic Return Receipt Requested upon the following persons listed below: (See attached Exhibit A, "the Certified Mail Receipts").

Midland Funding, LLC
350 Camino De La Reina
San Diego, California 92108

Respectfully submitted,

THE LAW FIRM OF FENTERS WARD

Date: January 6, 2020                    By: */s/ Joshua P. Ward*
                                         Joshua P. Ward (Pa. I.D. No. 320347)
                                         Brian J. Fenters (Pa. I.D. No. 320202)

                                         The Rubicon Building
                                         201 South Highland Avenue
                                         Suite 201
                                         Pittsburgh, PA 15206

                                         Counsel for Plaintiff

# EXHIBIT "A"

 **UNITED STATES**
**POSTAL SERVICE**

January 6, 2020

Dear Fenters Ward:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 1000 0000 5731 8635**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 6, 2020, 1:59 pm |
| **Location:** | SAN DIEGO, CA 92108 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *ANGELA* |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN DIEGO, CA 92108

| Certified Mail Fee | $3.50 | | 0006 |
| | | | 07 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.75 | |
| | | 12/31/2019 |
| Total Postage and Fees | $6.85 | |

Sent To: Midland Funding, LLC
Street and Apt. No., or PO Box No.: 350 Camino De La Reina
City, State, ZIP+4®: San Diego, California 92108

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1000 0000 5731 8635

---

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not available* for international mail.
- Insurance coverage is *not available* for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece;

for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 *(Reverse)* PSN 7530-02-000-9047

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

MARK BITTS,

                    Plaintiff,

           v.

MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT,
INC.,

                 Defendants.

CIVIL DIVISION

No: AR 19-6326

Code:

**PRAECIPE FOR ENTRY OF
APPEARANCE**

FILED ON BEHALF OF:
**Defendants, Midland Funding, LLC and
Midland Credit Management, Inc.**

COUNSEL OF RECORD FOR THIS
PARTY:

**Danielle M. Vugrinovich, Esquire**
PA ID #88326

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-1185

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| MARK BITTS, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No: AR 19-6326 |
| | ) | |
| v. | ) | |
| | ) | Code: |
| MIDLAND FUNDING, LLC and | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PRAECIPE FOR ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

Kindly enter the appearance of MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN and DANIELLE M. VUGRINOVICH, ESQUIRE on behalf of Defendants, MIDLAND FUNDING, LLC and MIDLAND CREDIT MANAGEMENT, INC., in connection with the above-captioned matter.

Respectfully submitted,

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

BY: _____
DANIELLE M. VUGRINOVICH, ESQUIRE
**Attorney for Defendants, Midland Funding,
LLC and Midland Credit Management, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Praecipe for Entry of Appearance** has been served upon the following known counsel of record this 13th day of January, 2020, via electronic mail and/or US First-Class Mail, postage prepaid:

Joshua P. Ward, Esquire
The Law Firm of Fenters Ward
The Rubicon Building
201 S. Highland Avenue
Suite 201
Pittsburgh, PA  15206
jward@fentersward.com
**(Counsel for Plaintiff)**

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

DANIELLE M. VUGRINOVICH, ESQUIRE
**Attorney for Defendants, Midland Funding,
LLC and Midland Credit Management, Inc.**

**IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA**

| | | |
|---|---|---|
| MARK BITTS, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No:  AR 19-006326 |
| | ) | |
| v. | ) | |
| | ) | |
| MIDLAND FUNDING, LLC and | ) | |
| MIDLAND CREDIT MANAGEMENT, | ) | **NOTICE OF FILING OF PETITION** |
| INC., | ) | **FOR REMOVAL OF A CIVIL ACTION** |
| | ) | |
| Defendants. | ) | |
| | ) | FILED ON BEHALF OF: |
| | ) | **Defendant, Midland Funding, LLC** |
| | ) | |
| | ) | |
| | ) | COUNSEL OF RECORD FOR THIS |
| | ) | PARTY: |
| | ) | |
| | ) | **Danielle M. Vugrinovich, Esquire** |
| | ) | PA ID #88326 |
| | ) | |
| | ) | **MARSHALL DENNEHEY** |
| | ) | **WARNER COLEMAN & GOGGIN** |
| | ) | Union Trust Building, Suite 700 |
| | ) | 501 Grant Street |
| | ) | Pittsburgh, PA  15219 |
| | ) | (412) 803-1185 |

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| MARK BITTS, | ) CIVIL DIVISION |
| | ) |
| Plaintiff, | ) No: AR 19-006326 |
| | ) |
| v. | ) |
| | ) |
| MIDLAND FUNDING, LLC and | ) |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING OF PETITION FOR REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTICE that a Petition for Removal of this action was filed in the United States District Court for the Western District of Pennsylvania, on February 5, 2020.

A copy of the said Petition for Removal is attached to this notice and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. §1446, the filing of said Petition for Removal in the United States District Court together with the filing of a copy of said notice with this Court, effects the removal of this action and the above-captioned Court may proceed no further unless and until the case is remanded.

Respectfully submitted,

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

BY: _____

DANIELLE M. VUGRINOVICH, ESQUIRE
**Attorney for Defendant, Midland Funding, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Filing of Petition for Removal of a Civil Action** has been served upon the following known counsel of record this 5th day of February, 2020, via electronic mail and/or US First-Class Mail, postage prepaid:

        Joshua P. Ward, Esquire
        Brian J. Fenters, Esquire
        The Law Firm of Fenters Ward
        The Rubicon Building, Suite 201
        201 South Highland Avenue
        Pittsburgh, PA  15206
        JWard@FentersWard.com
        **(Counsel for Plaintiff)**

                  **MARSHALL DENNEHEY
                  WARNER COLEMAN & GOGGIN**

                  DANIELLE M. VUGRINOVICH, ESQUIRE
                  **Attorney for Defendant, Midland Funding, LLC**

## Complaints and Other Initiating Documents
2:05-mc-02025 PLAINTIFF v. DEFENDANT

### U.S. District Court

### Western District of Pennsylvania

### Notice of Electronic Filing

The following transaction was entered by Vugrinovich, Danielle on 2/5/2020 at 12:57 PM EST and filed on 2/5/2020

**Case Name:** PLAINTIFF v. DEFENDANT
**Case Number:** 2:05-mc-02025
**Filer:** DEFENDANT
**Document Number:** 177

**Docket Text:**
**NOTICE OF REMOVAL *of Civil Action* from Court of Common Pleas of Allegheny County, case number AR 19-006326. Copies attached Complaint, Exhibits to Complaint, Proof of Service, Praecipe for Entry of Appearance, Notice of Filing of Petition for Removal. (Filing fee, including Administrative fee, $400, receipt number 0315-5456693), filed by DEFENDANT. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit) (Vugrinovich, Danielle)**

**2:05-mc-02025 Notice has been electronically mailed to:**

Danielle M. Vugrinovich    dmvugrinovich@mdwcg.com, efile@mdwcg.com, jlmeans@mdwcg.com, kjbrezinski@mdwcg.com

**2:05-mc-02025 Filer must deliver notice by other means to:**

PLAINTIFF

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=2/5/2020] [FileNumber=6286908-0]
[5e75786386c7472832b12a78cb42ac54f9604901fd6a6cb8c8890fbef1e8d7fafb98
45d3164656e69315ea32a79837e8ce975317d2852d2003a0606318a720a8]]
**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=2/5/2020] [FileNumber=6286908-1]
[1ac6e5f3a8d37a28b6ebb8fc2e9aaf18c4927f881af388613202ad50c4be11916fdb
9060c0a338e565d4e3ae7317dfc3a35e3e8ea0c0d24360c0b4ebc468fd00]]

**Document description:**Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=2/5/2020] [FileNumber=6286908-2]
[747a6db81f9c936be19ea87c85f49d081f583b35fc74f883907b4e86d0ed036465e6
847f39101c3f3a4cee13504ba8aba5dc6fe918be5b07186483eb59e364a3]]

**Brezinski, Kimberley J.**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | Wednesday, February 5, 2020 12:57 PM |
| **To:** | Brezinski, Kimberley J.; Electronic Filings |
| **Subject:** | Pay.gov Payment Confirmation: PAWD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact PAWD Intake at (412) 208-7500.

Application Name: PAWD CM ECF
Pay.gov Tracking ID: 26NB7OV3
Agency Tracking ID: 0315-5456693
Transaction Type: Sale
Transaction Date: Feb 5, 2020 12:56:42 PM

Account Holder Name: Colleen Bannon-13161-01882-0C85 Transaction Amount: $400.00 Card Type: AmericanExpress
Card Number: ************3015

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.